Michael V. CLENNAN, Claimant–
Appellant,

v.

Anthony J. PRINCIPI, Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 02–7412.

United States Court of Appeals,
Federal Circuit.

July 9, 2003.

ON MOTION

*ORDER*

Upon consideration of Michael V. Clennan's unopposed motion to dismiss 02–7412,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) Each side shall bear its own costs.

Philip S. JACKSON, Plaintiff–
Appellant,

v.

CASIO PHONEMATE, INC., Asahi Corporation, and Casio Communications, Inc., Defendants–Appellees.

No. 03–1221.

United States Court of Appeals,
Federal Circuit.

July 9, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).